IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK ALLEN JORDAN, #273663, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:14-CV-1114-WKW [WO] |
| CAPTAIN COPELAND, LT. TATE, and LT. BURK, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 50.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 50) is ADOPTED;

2. Defendants' motion for summary judgment (Doc. # 22) is GRANTED;

3. This case is DISMISSED with prejudice; and

4. No costs are taxed.

A final judgment will be entered separately.

DONE this 7th day of July, 2017.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE